FILED IN
COURT OF CRIMINAL APPEALS

JANUARY 16, 2015

ABEL ACOSTA, CLERK

# PD-0048-15

PD-0048-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 1/12/2015 3:15:54 PM
Accepted 1/16/2015 4:57:13 PM
ABEL ACOSTA
CLERK

IN THE COURT OF APPEALS
ELEVENTH DISTRICT OF TEXAS

| | | |
|---|---|---|
| **KIM FINLEY** | § | **11-13-00050-CR** |
| | § | |
| **vs.** | § | |
| | § | |
| | § | |
| **STATE OF TEXAS** | § | |

## APPELLANT'S MOTION TO EXTEND TIME

TO THE HONORABLE JUDGE OF THE SAID COURT,

Comes now, Appellant, Kim Finley, and files this Motion to Extend Time and would show the following:

1. The Appellant's Petition for Discretionary Review is due January 12, 2015. Appellant respectfully requests an extension until March 13, 2015 to file her petition. Counsel for Appellant was engaged in a murder trial (*State of Texas v. Lashyla Schoonover*, Tarrant County Cause Number 1338474) when the Memorandum Judgment was issued, thus delaying communication to the incarcerated client.

2. Appellant will exercise diligence to ensure that this Petition will be filed at the earliest practicable time.

WHEREFORE, premises considered, the Appellant respectfully asks this Court to grant this extension pursuant to Tex. R. App. P. 68.2(c).

Respectfully submitted,

Scott, McNeill & Burney, PLLC
3000 East Loop 820
Ft Worth, Texas 76112
(817) 534-8000
(817) 851-1404 fax

By: /s/ Mark D. Scott

Mark D. Scott
State Bar No. 24043911
Attorney for Appellant

## CERTIFICATE OF SERVICE

This is to certify that on January 12, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office by facsimile to (817) 884-1672.

/s/ Mark D. Scott
Mark D. Scott
State Bar No. 24043911
Attorney for Appellant
3000 East Loop 820
Ft Worth, Texas 76112
(817) 534-8000
(817) 851-1404 fax
markscottlaw@yahoo.com

## CERTIFICATE OF CONFERENCE

Prior to presenting this matter to the Court for Approval, I contacted Alice London, of the Tarrant County District Attorney's Office Appellate Section via telephone on 1/12/15. Ms. London stated that the Tarrant County District Attorney's Office had no objection to this motion.

/s/ Mark D. Scott

Mark D. Scott
3000 East Loop 820
Ft Worth, Texas 76112
(817) 534-8000
(817) 851-1404 fax
markscottlaw@yahoo.com
State Bar No. 24043911